PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Sacheen Jimenez**                              Docket No. **05-007**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Roberto Cordeiro**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Sacheen Jimenez**, who was placed under pretrial release supervision by the **Honorable Stanley R. Chesler, USDJ,** sitting in the Court at Newark, NJ, on December 5, 2002, under the following conditions:

- $100,000 Unsecured Appearance Bond
- Pretrial Services Supervision
- 24 Hour house arrest with electronic monitoring
- Travel restricted to New Jersey
- Surrender / do not apply for travel documents
- Mental health testing and treatment as directed by Pretrial Services
- Drug testing and treatment as directed by Pretrial Services

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has been under Pretrial Services supervision since December 5, 2002, and has been compliant with the rules and conditions of the bail order. Pretrial Services contacted Assistant U.S. Attorney, Serina Vash, and she does not have any objections to the removal of house arrest with electronic monitoring.

PRAYING THAT THE COURT WILL ORDER that the condition of house arrest with electronic monitoring be removed and all other conditions remain in effect.

ORDER OF COURT

Considered and ordered this _____ day of _____ _____ and ordered filed and made a part of the records in the above case.

_____
William H. Walls
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Roberto Cordeiro
U.S. Pretrial Services Officer