E. ALEXANDER JARDINES, ESQ.
314-48TH, STREET
UNION CITY, NEW JERSEY 07087
(201) 865-5599, FAX (201) 865-1361
Attorney for the Defendant Sacheen Jimenez

| | |
|---|---|
| UNITED STATES OF AMERICA | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY |
| Plaintiff, | :<br>: Docket No. 04-00007-001 |
| vs. | :<br>: Hon. William H. Walls |
| SACHEEN JIMENEZ | : United States District Judge |
| Defendant | : **CONSENT ORDER** |

THIS MATTER having been brought before the Court on application of Sacheen Jimenez (E. Alexander Jardines, Esq., appearing), and Christopher J. Christie, United States Attorney for the District of New Jersey ( Joe Mack, Assistant United States Attorney, appearing), for a consent order granting defendant to travel Florida to her mother's funeral;

IT IS on this  26th  day of June, 2008,

**ORDERED** that Defendant shall be allowed to travel to Plantation, Florida to attend her mother's funeral, and;

**ORDERED** that defendant shall provide proof from the Plantation General Hospital that Carmen Jimenez passed away on June 24, 2008;

**ORDERED** that defendant shall provide airline itinerary to Pretrial Services;

**ORDERED** that defendant shall provide an itinerary of events while defendant is in Plantation, Florida to Pretrial Services;

**ORDERED** that defendant shall contact Pretrial Services once per day to give the exact location of defendant;

**ORDERED** that defendant will comply with any and all additional requirements set forth by the Court, Pretrial Services and the United States Attorney's Office

Hon. William H. Walls, USDJ

06/25/2008  10:24  2018651361                  JARDINES                              PAGE  04/04
JUN-24-2008 13:16 From:PLANTATION CASE   9545873659         To:2018651361      P.2/2



## plantation
### General Hospital

June 24, 2008

Attention: Alexander Jardines,

Please be advised that patient Carmen Jimenez, mother of Sacheen Melendez, sadly passed away today, 06/24/2008, at Plantation General Hospital. Please feel free to contact me with any questions.

Thank you

Sincerely,

Carrie Walker, R. N
Case Management Department
Plantation General Hospital
(954) 513-6438

Plantation General Hospital, 401 Northwest 42nd Avenue, Plantation, Florida 33317 Ph: (954) 587-5910
www.PlantationGeneral.com